FORM 3. Notice of Appeal from the United States Court of International Trade  Form 3
July 2020

## UNITED STATES COURT OF INTERNATIONAL TRADE

China Custom Manufacturing, Inc. and Greentec Engineering LLC  ,  **Plaintiff,**

v.  Case No. 20-cv-00121

United States  ,  **Defendant.**

### NOTICE OF APPEAL

Notice is hereby given that the following party/parties* China Custom Manufacturing, Inc. and Greentec Engineering LLC in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 12/06/2021.

Date: 01/03/2022

Signature: /s/ George R. Tuttle, III

Name: George R. Tuttle, III

Address: Law Offices of George R. Tuttle, A P.C.

3950 Civic Center Drive, Suite 310

San Rafael, CA 94903

Phone Number: (415) 288-0428

Email Address: geo@tuttlelaw.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.