Form 18-1

**Form 18**

## UNITED STATES COURT OF INTERNATIONAL TRADE

---

**TAIZHOU UNITED IMP. & EXP. CO. LTD.**, *et al.*,

    **Plaintiff and**
    **Consolidated Plaintiffs,**

    v.

**UNITED STATES,**

    **Defendant,**

    **and**

**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**

    **Defendant-Intervenor.**

---

**Court No. 16-00009**
**[and Attached Schedule]**

### NOTIFICATION OF TERMINATION OF ACCESS
### TO BUSINESS PROPRIETARY INFORMATION
### PURSUANT TO RULE 73.2(c)

_____Claire M. Webster_____ declares that (check one)

1)    TERMINATION BY AN INDIVIDUAL

■    I am an attorney/consultant representing or retained on behalf of <u>Aluminum Extrusions Fair Trade Committee</u> in this action (and on behalf of the parties indicated in the actions listed on the attached schedule). I hereby give notice that I am no longer involved in the litigation in this action (and those actions listed on the attached schedule) and, therefore, I have terminated my access to Business Proprietary Information in such action(s). I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____N/A_____                    _____N/A_____
[Name of proceeding]                    [Case or investigation no.]

OR

Form 18-2

2)   TERMINATION BY A FIRM

□   I am an attorney representing _____ in this action (and the parties indicated in the actions listed on the attached schedule). I hereby give notice that, because of the termination of all litigation in this action (and those actions listed on the attached schedule) or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action (and those actions listed on the attached schedule) have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____                          _____
[Name of proceeding]                                        [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action (and those actions listed on the attached schedule) or in the administrative proceeding(s) that gave rise to the action(s) to any person.


_/s/ Claire M. Webster_____
Claire M. Webster, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*Counsel to Aluminum Extrusions Fair Trade Committee*

Date: ___September 29, 2022____

Form 18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 19-00012 | *Worldwide Door Components, Inc. v. United States* | Aluminum Extrusions Fair Trade Committee, Endura Products, Inc. |
| 19-00013 | *Columbia Aluminum Products, LLC v. United States* | Aluminum Extrusions Fair Trade Committee, Endura Products, Inc. |
| 19-00185 | *Columbia Aluminum Products, LLC v. United States* | Endura Products, Inc., |
| 20-00062 | *Worldwide Door Components, Inc. v. United States* | Endura Products, Inc. |
| 20-00121 | *China Custom Manufacturing Inc. et al v. United States* | Aluminum Extrusions Fair Trade Committee |
| 21-00072 | *WKW North America, LLC v. United States* | Aluminum Extrusions Fair Trade Committee |
| 21-00198 | *Global Aluminum Distributor LLC v. United States et al* | Aluminum Extrusions Fair Trade Committee |
| 21-00253 | *Aluminum Extrusions Fair Trade Committee v. United States* | Aluminum Extrusions Fair Trade Committee |
| 21-00337 | *H&E Home, Inc. et al v. United States* | Aluminum Extrusions Fair Trade Committee |
| 22-00002 | *Coalition of American Manufacturers of Mobile Access Equipment v. United States* | Coalition of American Manufacturers of Mobile Access Equipment |
| 22-00072 | *Kingtom Aluminio S.R.L. v. United States* | Aluminum Extrusions Fair Trade Committee |
| 22-00079 | *Kingtom Aluminio S.R.L. v. United States* | The Aluminum Extrusions Fair Trade Committee |
| 22-00152 | *Coalition of American Manufacturers of Mobile Access Equipment v. United States* | Coalition of American Manufacturers of Mobile Access Equipment |

Form 18-4

| 22-00170 | *Hyundai Steel Company v. United States* | Nucor Corporation |
| 22-00236 | *Aluminum Extrusions Fair Trade Committee v. United States* | Aluminum Extrusions Fair Trade Committee |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)