# United States Court of Appeals for the Federal Circuit

───────────────

**CHINA CUSTOM MANUFACTURING INC., GREENTEC ENGINEERING LLC,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**

*Defendants-Appellees*

───────────────

2022-1345

───────────────

Appeal from the United States Court of International Trade in No. 1:20-cv-00121-SAV, Judge Stephen A. Vaden.

───────────────

**MANDATE**

───────────────

In accordance with the judgment of this Court, entered March 2, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $32.64 and taxed against the appellants.

FOR THE COURT

May 10, 2023  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court